In the Matter of the Final Judicial Settlement of the Estate of GEORGE MAPES, deceased.

(Argued January 19, 1891; decided February 3, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 9, 1889, which affirmed a decree of the surrogate of Orange county.

*Lewis E. Carr* and *W. D. Mills* for appellants.

*B. R. Champion* for respondents

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____